UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| KIMBERLI HIMMEL, #64708-060, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Case No. 3:18-CV-1927-B-BK |
| | § | |
| WARDEN JODY UPTON, et al., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff's request for *Emergency Injunctive Relief* is DENIED.

SO ORDERED this 7th day of September, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE